IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FINTIV, INC., | § § | Civil Action No.: 6:18-CV-372-ADA |
| Plaintiff, | § § § | |
| v. | § § | JURY TRIAL DEMANDED |
| APPLE INC., | § § § | |
| Defendant. | § § § | |

**DECLARATION OF TRAVIS JENSEN IN SUPPORT OF**
**APPLE INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Travis Jensen, am counsel representing Apple Inc. ("Apple") in the above-captioned matter.  I am licensed to practice law in California and am admitted to practice in this court.  I declare as follows:

1. Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 8,843,125.

2. Attached as **Exhibit 2** is a true and correct copy of the file wrapper for U.S. Patent Application No. 61/428,846.

3. Attached as **Exhibit 3** is a true and correct copy of the file wrapper for U.S. Patent Application No. 61/428,851.

4. Attached as **Exhibit 4** is a true and correct copy of the file wrapper for U.S. Patent Application No. 61/428,852.

5. Attached as **Exhibit 5** is a true and correct copy of the file wrapper for U.S. Patent Application No. 61/428,853.

6. Attached as **Exhibit 6** is a true and correct copy of excerpts from The American Heritage Dictionary, Fourth Edition (2009).

7. Attached as **Exhibit 7** is a true and correct copy of excerpts from New Oxford American Dictionary, Third Edition (2010).

8. Attached as **Exhibit 8** is a true and correct copy of excerpts from Newton's Telecom Dictionary, 24th Edition (2008).

9. Attached as **Exhibit 9** is a true and correct copy of excerpts from Oxford Paperback Reference, A Dictionary of Computing, Sixth Edition (2008).

10. Attached as **Exhibit 10** is a true and correct copy of the search results for the term "wallet management applet" from the U.S. Patent and Trademark Office online database for all issued U.S. patents obtained Sept. 11, 2019.

11. Attached as **Exhibit 11** is a true and correct copy of the search results for the term "wallet management applet" from the U.S. Patent and Trademark Office online database for all published U.S. patent applications obtained Sept. 11, 2019.

12. Attached as **Exhibit 12** is a true and correct copy of U.S. Patent No. 5,664,130.

13. Attached as **Exhibit 13** is a true and correct copy of U.S. Patent No. 6,023,274.

14. Attached as **Exhibit 14** is a true and correct copy of U.S. Patent No. 5,335,320.

15. Attached as **Exhibit 15** is a true and correct copy of the search results for the term "over-the-air proxy" from the U.S. Patent and Trademark Office online database for all issued U.S. patents obtained Sept. 11, 2019.

16. Attached as **Exhibit 16** is a true and correct copy of the search results for the term "over-the-air proxy" from the U.S. Patent and Trademark Office online database for all published U.S. patent applications obtained Sept. 11, 2019.

17. Attached as **Exhibit 17** is a true and correct copy of the search results for the term "over the air proxy" from the U.S. Patent and Trademark Office online database for all issued U.S. patents obtained Sept. 11, 2019.

18. Attached as **Exhibit 18** is a true and correct copy of the search results for the term "over the air proxy" from the U.S. Patent and Trademark Office online database for all published U.S. patent applications obtained Sept. 11, 2019.

19. Attached as **Exhibit 19** is a true and correct copy of the search results for the term "OTA proxy" from the U.S. Patent and Trademark Office online database for all issued U.S. patents obtained Sept. 11, 2019.

3

20.     Attached as **Exhibit 20** is a true and correct copy of the search results for the term "OTA proxy" from the U.S. Patent and Trademark Office online database for all published U.S. patent applications obtained Sept. 11, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on September 12, 2019 in Draper, Utah.

                                                          */s/ Travis Jensen*
                                                          Travis Jensen