# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FINTIV, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 6:18-cv-372-ADA<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT APPLE INC.'S NOTICE OF COMPLIANCE REGARDING SUBMISSION OF TECHNOLOGY TUTORIAL

Defendant Apple Inc. ("Apple") provides notice that it has complied with the Technology Tutorial submission deadlines contained in the Court's Agreed Scheduling Order (Dkt. No. 38) by providing the Court and Plaintiff Fintiv, Inc. with Apple's Technology Tutorial via electronic transmission served on October 24, 2019.

Dated: October 25, 2019

Respectfully submitted,

Claudia Wilson Frost – Lead Counsel
Texas Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile: 713.658.6401
cfrost@orrick.com

Travis Jensen
California Bar No. 259925
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Rd.
Menlo Park, CA 94025
Telephone: 650.614.7400
Facsimile: 650.614.7401
tjensen@orrick.com

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
J.R. Johnson
Texas State Bar No. 24070000
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel. (512) 495-6429
Fax (512) 495-6401
steve.ravel@kellyhart.com
jr.johnson@kellyhart.com

ATTORNEYS FOR APPLE INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record via the Court's ECF system on October 25, 2019.

*/s/ J. Stephen Ravel*
J. Stephen Ravel