NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE: APPLE INC.,**
*Petitioner*

2020-104

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:18-cv-00372-ADA, United States District Judge Alan D. Albright.

**ON PETITION FOR REHEARING EN BANC**

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges*\*.

PER CURIAM.

**O R D E R**

Petitioner Apple Inc. filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by Respondent Fintiv, Inc. The petition was first

---

\* Circuit Judge Stoll did not participate.

2                                                                    IN RE: APPLE INC.

referred as a petition for rehearing to the panel that issued the order, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

                                        FOR THE COURT

March 30, 2020                          /s/ Peter R. Marksteiner
     Date                               Peter R. Marksteiner
                                        Clerk of Court